# UNITED STATES DISTRICT COURT

District of    Massachusetts

XRAMP TECHNOLOGIES, INC.    and
XRAMP SECURITY SERVICES, INC.

V.

**SUMMONS IN A CIVIL CASE**

GEOTRUST, INC.    and
CHRISTOPHER BAILEY

CASE NUMBER:    **05 - 11379 RCL**

TO: (Name and address of Defendant)

GeoTrust, Inc.
117 Kendrick Street, Suite 350
Needham, MA  02494

GeoTrust, Inc.
c/o: C T Corporation System,
   registered agent
101 Federal Street
Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Brister, Esq.
BRISTER & ZANDROW, LLP
268 Summer Street
Boston, MA 02210-1108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**                                    JUN 29 2005

CLERK                                                        DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JULY 25, 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| LEONARD F. ZANDROW, JR. | ATTORNEY FOR PLAINTIFFS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _FIRST CLASS, CERTIFIED MAIL_
_RETURN RECEIPT REQUESTED_
_COPY OF RETURNED RECEIPT, ATTACHED_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S. POSTAL SERVICE | $ 4.88 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _AUGUST 24, 2005_
Date

Signature of Server

BRISTER + ZANDROW, LLP
268 SUMMER ST., BOSTON MA 02210-1108

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>MIKE DOHERTY  7-25 |

1. Article Addressed to:

GEO TRUST, INC.
C/O: CT CORPORATION
SYSTEM
101 FEDERAL ST.
BOSTON, MA 02110

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JUL 25 2005

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)          7005 1160 0000 8539 8438

| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LEONARD ZANDROW

BRISTER + ZANDROW LLP

268 SUMMER ST.

BOSTON, MA    02210-1108

02210+1108