# UNITED STATES DISTRICT COURT

District of    Massachusetts

XRAMP TECHNOLOGIES, INC.   AND
XRAMP SECURITY SERVICES, INC.
              V.

GEOTRUST, INC.   and
CHRISTOPHER BAILEY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05-11374 RCL

TO: (Name and address of Defendant)

Mr. Christopher Bailey
6696 Ridge Mill Lane
Atlanta, GA  30328

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Brister, Esq.
BRISTER & ZANDROW, LLP
268 Summer Street
Boston, MA 02210-1108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                      JUN 29 2005
CLERK                                                             DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE JULY 26, 2005 |
| NAME OF SERVER (PRINT) LEONARD F. ZANDROW, JR | TITLE ATTORNEY FOR PLAINTIFFS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): FIRST CLASS, CERTIFIED MAIL RETURN RECEIPT REQUESTED COPY OF RETURNED RECEIPT, ATTACHED

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES U.S. POSTAL SERVICE | TOTAL $ 4.88 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 24, 2005     *Leonard F. Zandrow Jr.*
           Date                    Signature of Server

BRISTER + ZANDROW, LLP
268 SUMMER ST., BOSTON MA 02210-1108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>CHRISTOPHER BAILEY<br>6696 RIDGE MILL LANE<br>ATLANTA, GA 30328 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[postmark: JUL 20]<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0000 8539 8445 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |



LEONARD ZANDROW
BRISTER + ZANDROW LLP
268 SUMMER ST.
BOSTON, MA 02210-1108