UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XRAMP TECHNOLOGIES. INC. and<br>XRAMP SECURITY SERVICES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GEOTRUST, INC. and<br>CHRISTOPHER BAILEY,<br><br>    Defendants.<br><br>GEOTRUST, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>XRAMP TECHNOLOGIES. INC. and<br>XRAMP SECURITY SERVICES, INC.<br><br>    Counterclaim Defendants. | Civil Action No. 05-11374-RCL |

## JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES BY THREE MONTHS

XRamp Technologies Inc., XRamp Security Services, Inc., GeoTrust, Inc., and Christopher Bailey (collectively, the "Parties") hereby jointly move to extend the pre-trial deadlines in this case by three months.

The Parties seek this extension because a discovery dispute has impaired the Parties' ability to complete discovery. That dispute is the subject of a motion to compel that was filed on March 17, 2006. See GeoTrust's Motion to Compel the Production of Documents and Interrogatory Answers (Dkt. 8). The Court has scheduled a hearing on that motion for Thursday, May 18, 2006, at 3:00 p.m.

Discovery in this case is currently scheduled to end on May 31, 2006. Once the Court rules on the motion to compel, the Parties believe they can expeditiously complete discovery. Accordingly, the Parties seek to revise the pre-trial deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Concluded | May 31, 2006 | August 31, 2006 |
| Experts Designated (i.e., reports due from both parties in support of the Complaint and Counterclaim) | June 30, 2006 | October 2, 2006 |
| Rebuttal Reports | July 31, 2006 | November 3, 2006 |
| Expert Discovery Completed | September 30, 2006 | January 12, 2007 |
| Rule 56 Motions Filed | November 1, 2006 | February 16, 2007 |

The proposed extensions are approximately three months, with some additional time built in at the end due to the year-end holidays.

WHEREFORE, the Parties jointly request that this Court amend the scheduling order to reflect the new dates set forth above.

XRAMP TECHNOLOGIES, INC.
and XRAMP SECURITY SERVICES, INC.

By their attorneys,

/s/ John W. Brister
John W. Brister (BBO 057420)
Leonard F. Zandrow (BBO 539030)
BRISTER & ZANDROW, LLP
268 Summer St.
Boston, MA 02210-1108
(617) 292-4900
(617) 292-4910 (fax)

GEOTRUST, INC. and
CHRISTOPHER BAILEY

By their attorneys,

/s/ Daniel Tighe
Daniel P. Tighe (BBO 556583)
Griesinger, Tighe & Maffei, LLP
176 Federal St.
Boston, MA 02110
(617) 542-9900
(617) 542-0900 (fax)

Dated: May 15, 2006