| | |
|---|---|
| XRAMP TECHNOLOGIES, INC. and<br>XRAMP SECURITY SERVICES, INC.<br><br>*Plaintiff*<br><br>v.<br><br>GEOTRUST, INC. and<br>CHRISTOPHER BAILEY<br><br>*Defendants* | UNITED STATES<br><br>* DISTRICT COURT<br><br>* DISTRICT OF<br><br>* MASSACHUSETTS<br><br>*<br><br>*<br><br>* Civil Action No. 05-11374-RCL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **AFFIDAVIT OF GLOBALSIGN N.V.**

I, Stijn Bijnens, am over the age of eighteen and competent to testify.

1. I am Director of GlobalSign N.V. ("GlobalSign"). GlobalSign is a company organized and existing under the laws of Belgium and maintains its principal office in Lueven, Belgium.

2. GlobalSign has entered into that certain RootSign Agreement with XRamp Security Services, Inc. ("XRamp") dated October 15, 2003 (the "RootSign Agreement").

3. GlobalSign has entered into that certain Mutual Non Disclosure Agreement with XRamp dated October 6, 2003 (the "Confidentiality Agreement").

4. The terms and conditions of the RootSign Agreement are confidential. The Confidentiality Agreement restricts the disclosure of the terms and conditions of the RootSign Agreement.

5. The terms and conditions of the RootSign Agreement constitute "confidential information" under the terms of the Confidentiality Agreement. This confidential information consists of, among other things, prices and payment conditions, termination rights, intellectual property obligations, and liability limits,

6. Geotrust, Inc. ("Geotrust") offers products that compete directly with

GlobalSign.

7.    Providing Geotrust access to the terms and conditions of the RootSign Agreement would unfairly allow Geotrust to capitalize on and exploit the confidential information contained in the RootSign Agreement to the detriment of GlobalSign and its customers.

8.    Furthermore, disclosing the confidential terms and conditions contained in the RootSign Agreement would make it difficult for GlobalSign to continue to protect its confidential and proprietary information, which is of great value and importance to GlobalSign and its affiliates.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.

_____
Stijn Bijnens

Date: May 10, 2006