UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XRAMP TECHNOLOGIES. INC. and<br>XRAMP SECURITY SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GEOTRUST, INC. and<br>CHRISTOPHER BAILEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11374-RCL |
| GEOTRUST, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>XRAMP TECHNOLOGIES. INC. and<br>XRAMP SECURITY SERVICES, INC.,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER ON MOTION TO COMPEL

May 19, 2006

SOROKIN, M.J.

     After a hearing, I ALLOW IN PART AND DENY IN PART GeoTrust's Motion to Comepl (Docket #8) and DENY XRamp's Cross-Motion for a Protective Order (Docket # 13) contained within its response to GeoTrust's Motion to Compel.

     1. GeoTrust's Requests for the VeriSign litigation documents is DENIED as moot. VeriSign has agreed that XRamp may produce the documents, subject to a confidentiality

agreement to which the parties and VeriSign have agreed.

2. XRamp's objection to producing the GlobalSign documents, augmented by an affidavit from GlobalSign similarly opposing such production, is OVERRULED. GeoTrust's requests for these documents are ALLOWED, except that the prices listed on Schedule 5 of the contract between GlobalSign and XRamp are to be redacted. (I note that, at XRamp's counsel's request, I specifically reviewed both paragraph 10 and Schedule 5 of the contract). XRamp may similarly redact the prices from other responsive GlobalSign documents.

3. GeoTrust's Motion to Compel further answers to the damage interrogatory, interrogatory number 4, is ALLOWED. XRamp shall amend its answer to the interrogatory by setting forth the facts supporting its claimed damages. In addition, XRamp shall provide a list of the particular documents or pages on the internet upon which it relied in making its damage calculation.

4. XRamp shall provide its supplemental interrogatory responses and the additional documents that it must produce under this Order no later than **June 2, 2006**. On or before that date, XRamp shall also verify that it has in fact already produced all of the responsive GlobalSign and VeriSign documents.

5. GeoTrusts' requests for costs and sanctions are DENIED.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge