UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XRAMP TECHNOLOGIES, INC. and ) <br> XRAMP SECURITY SERVICES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GEOTRUST, INC. and ) <br> CHRISTOPHER BAILEY, ) <br> ) <br> Defendants. ) <br> ) <br> GEOTRUST, INC., ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XRAMP TECHNOLOGIES, INC. and ) <br> XRAMP SECURITY SERVICES, INC. ) <br> ) <br> Counterclaim Defendants. ) | Civil Action No. 05-11374-RCL |

**STIPULATION OF DISMISAL**

Pursuant to Fed, R. Civ. P. 41(a)(1)(ii), the parties, through their respective attorneys hereby stipulate and agree to the dismissal, with prejudice, of this action, in its entirety, including all claims and counterclaims, with all parties to bear their own costs and fees and waiving all rights of appeal.

                                            GEOTRUST, INC. and
                                            CHRISTOPHER BAILEY

                                            By their attorneys,

                                            ___/s/ Daniel P. Tighe_____
                                            Daniel P. Tighe (BBO# 556583)
                                            Griesinger, Tighe & Maffei, LLP
                                            176 Federal St.
                                            Boston, MA 02110
                                            (617) 542-9900
                                            (617) 542-0900 (fax)


                                            XRAMP TECHNOLOGIES, INC. and
                                            XRAMP SECURITY SERVICES, INC.


                                            By their attorneys

                                            ___/s/ John W. Brister_____
                                            John W. Brister (BBO# 057420)
                                            Brister & Zandrow, LLP
                                            268 Summer Street
                                            Boston, MA  02210
                                            617-292-4900
                                            617-292-4910 (fax)

Dated: January 31, 2007